466 A.2d 1346

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**James T. TRUE.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1983.

Decided Nov. 4, 1983.

David E. Auerbach, Media, Donald A. Browns, Aston, for appellant.

D. Barry Gibbons, Media, for appellee.

Before ROBERTS, C.J., and LARSEN, FLAHERTY, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM:

The appeal is dismissed 303 Pa.Super. 601, 450 A.2d 199 as having been improvidently granted.

NIX and McDERMOTT, JJ., did not participate in the consideration or decision of this case.